638

446 A.2d 707

Cotter, Appellant v. Matovich, etc., et al.

Argued February 10, 1982. John A. Caputo, for appellant; Bernard Markovitz, for appellees.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment affirmed.

446 A.2d 707

Betty S. and C. Enoch v. Galasso Builders.

Argued December 7, 1981. Norman Ashton Klinger, for appellant; Richard C. Unger, Jr., for appellees.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The order of the court is affirmed.